IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **LEVILAYSHA MAY HOOVER,** | : | CIVIL ACTION |
| *Petitioner*, | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT OF SCI** | : | |
| **CAMBRIDGE SPRINGS et al.,** | : | NO. 17-2665 |
| *Respondents*. | : | |

# O R D E R

**AND NOW**, this 19th day of November, 2018, upon consideration of Petitioner Levilaysha May Hoover's Motion for Extension of Time to File a Notice of Appeal (Doc. No. 16) and Respondent District Attorney's Office of Berks County's Response (Doc. No. 18), it appearing that Ms. Hoover's motion is unopposed, it is **ORDERED** that the motion (Doc. No. 16) is **GRANTED**.  Ms. Hoover shall file a notice of appeal, if any, within fourteen (14) days of the date of this Order.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE